AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol; 36 C.F.R. § 1004.23(a)(2) - Driving with a B.A.C. Over .08%

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

--- DEFENDANT - U.S. ---
▶ William W. Palace III

DISTRICT COURT NUMBER

CR 07 0626

PENALTY:
Not more than 6 months imprisonment, a $5,000 fine, and a $10 special assessment fee.

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WENDY THOMAS

--- DEFENDANT ---

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?   ☐ Yes ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION

                                            CR 07    0626 MAG

11 UNITED STATES OF AMERICA,      )    No.
12        Plaintiff,               )
                                   )    VIOLATIONS: 36 C.F.R. §1004.23(a)(1)
13   v.                            )    - Operating a Motor Vehicle Under the
                                   )    Influence of Alcohol (Class B
14 WILLIAM W. PALACE,              )    Misdemeanor); 36 C.F.R. §1004.23(a)(2) -
                                   )    Operating a Motor Vehicle With a Blood
15        Defendant.                )    Alcohol Content Over 0.08% (Class B
                                   )    Misdemeanor)
16                                 )
                                   )    SAN FRANCISCO VENUE
17 _____)

18                    **INFORMATION**

19 The United States Attorney charges:

20 COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence
21        of Alcohol

22 On or about August 19, 2007, in the Northern District of California, within the
23 boundaries of an area administered by the Presidio Trust, the defendant,

24                    WILLIAM W. PALACE,

25 was operating or in actual physical control of a motor vehicle while under the influence of
26 alcohol, drugs, or any combination thereof, to a degree that rendered him incapable of safe
27 operation in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a
28 Class B Misdemeanor.

INFORMATION

COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content over 0.08%

On or about August 19, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

WILLIAM W. PALACE,

was operating or in actual physical control of a motor vehicle while having at least 0.08 percent, by weight, of alcohol in his breath, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

DATED: 10/4/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION