1  DIANA L. WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant
   WILLIAM PALACE III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA | ) Case No: CR07-0626MAG |
|---|---|
| Plaintiff, | ) DEFENDANT PALACE'S SENTENCING MEMORANDUM |
| Vs. | ) |
| WILLIAM PALACE III | ) DATE:   June 20, 2008 |
|  | ) TIME:   9:30 a.m. |
| Defendant | ) Courtroom: Hon. Nandor J. Vadas |

This memorandum is submitted on behalf of defendant William Palace III in advance of the June 20, 2008 sentencing hearing on one count of Driving While Under the Influence of Alcohol (36 C.F.R.§ 1004.23(a)(1).)

The parties and the Presentence Report are in agreement that the maximum sentence is 6 months in custody and that under the facts of this particular case, a reasonable sentence is 3 years probation with special conditions, including 144 hours (3 weekends) in custody,$750. (Seven hundred fifty dollars) fine, and a special assessment of $10.00.

*USA v. William Palace III* CR07-00626NJV
Defendant's Sentencing Memorandum

**RELEVANT PROCEDURAL HISTORY**

The instant charges arise out of the defendant Palace's August 19, 2007 arrest in the Presidio for Driving Under the Influence of Alcohol. Defendant was initially stopped by the National Park Police for speeding and failing to stop at two posted stop signs. Defendant Palace submitted to two in-field chemical breath test which showed he had a blood alcohol level of .14% and .12%. Defendant Palace was taken into custody and released several hours later.

On October 18, 2007, defendant Palace made his initial appearance before a U.S. Magistrate Judge on a two count Information charging violations of 36 C.F.R.§ 1004.23(a)(1)-Operating a Motor Vehicle Under the Influence of Alcohol (Count One) and 36 C.F.R.§1004.23(a)(2) Operating a Motor Vehicle with a Blood Alcohol Content Over .08% (Count Two.) Defendant Palace was placed on Pretrial Release secured by a $5,000 (five thousand dollars) unsecured bond.

On December 28, 2007, pursuant to a written plea agreement, defendant Palace entered a plea of guilty to Count One of the Information, Operating a Motor Vehicle Under the Influence of Alcohol. The Plea Agreement contemplates a sentence of 96 hours in custody, 3 years probation with special conditions, $750 fine and special assessment.

On May 9, 2008, defendant Palace was cited for driving a suspended license. This Court was notified of this conduct in the Form 8 filed by Pretrial Services Officer Timothy Elder on May 26, 2008 (ECF Doc #6.)

**THE PRESENTENCE REPORT AND RECOMMENDATION**

The Presentence Report prepared in this case details the offense conduct, as well as Mr. Palace's personal background and history. The Recommendation in the Report is for 3 years probation with conditions including 144 hours of intermittent confinement, $750.00 fine, and a $10.00 special assessment. This Recommendation expressly takes into consideration both the offense conduct as well as Mr. Palace's subsequent conduct of driving on a suspended license.

**RELEVANT BACKGROUND RE: DEFENDANT'S HISTORY AND CHARACTER**

As detailed in the PSR, William "Bill" Palace III is a 21 year old college student attending San Francisco State University (S.F.S.U.) majoring in Business. Bill Palace is the oldest of three children, was born in the mid-west and moved with his family to Southern California when he was in the 6th grade. After completing his general education requirements at a local community college, Bill moved to the Bay Area in the fall of 2006 to attend SFSU full time. In addition to his studies, Bill also works full-time as a teller at Wells Fargo Bank. He is currently scheduled to receive a Bachelor of Sciences degree in Business in December 2008

Since December 2007, Bill has been attending a second offender DUI program. "The defendant attends weekly group sessions, bi-weekly individual sessions, and submits to random breathalizer testing. He provided a progress report from the program which noted his attendance was excellent." (PSR ¶20.)

**A REASONABLE SENTENCE PURSUANT TO 18 U.S.S.C. § 3553**

18 U.S.S.C. §3553 requires that a sentence shall be sufficient, but not greater than necessary, to reflect the seriousness of the offense, promote respect for the law,

1  provide just punishment, afford adequate deterrence, protect the public from further
2  crimes of the defendant, and to provide the defendant with needed educational, or
3  vocational training, medical care or other correctional treatment.
4      As recommended in the PSR and the Government's Sentencing Memorandum,
5  a three year period of Probation, including the condition that Mr. Palace serve 144
6  hours in custody, $750 fine and a special assessment is a reasonable sentence and is
7  more than sufficient to insure that punished for his conduct, is deterred from committing
8  similar acts in the future, and will also provide the needed support to insure his success.
9
10 **CONCLUSION**
11     Given the factors enumerated in 18 U.S.C. §3553, the agreement of parties, and
12 the recommendation of both the Probation Officer and the united States Attorney,
13 defendant respectfully requests that this Court impose a sentence of 3 years probation
14 with the condition that he serve 144 hours in custody, $750.00 fine and a special
15 assessment.
16 Dated: June 15, 2008    Respectfully submitted,
17
18
19     /S/
    _____
20     DIANA L. WEISS
    Attorney for Defendant
    WILLIAM PALACE III
21
22
23
24
25
26