CR 07-626

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0.1

06/25/2008 01:47 PM EST

San Francisco

Case No. DCAN307CR000626   US VS PALACE

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | WILLIAM PALACE | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611020412 | 1 | PR | 10.00 | 06/20/2008 |

Division Payment Total    10.00

Grand Total    10.00

FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$10.00 SPECIAL ASSESSMENT
PAID IN FULL
on 6-20-08

Page 1 of 1