1  DIANA WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant
   WILLIAM PALACE III
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA      )   USDC Case No:07-626NJV
          Plaintiff               )
11                                )
                                  )   DECLARATION OF COUNSEL IN
    Vs.                           )   SUPPORT OF MOTION TO CORRECT
12                                )   ERROR PURSUANT TO RULE 35(a)
    WILLIAM PALACE III            )
13        Defendant               )
                                  )
14                                )

15
    I, Diana L. Weiss, do hereby state and declare:
16
    1.    I am an attorney licensed to practice law in the State of California and before this
17
          Court.
18
    2.    I am the attorney of record for William Palace III, the person charged in the
19
          above-entitled matter.
20
    3.    On June 20, 2008, William Palace III appeared before the Hon. Magistrate
21
          Judge Nandor Vadas for sentencing.
22
    4.    The Recommendation in the Presentence report was for Mr. Palace III to serve
23
          144 hours in the custody of the Bureau of Prisons followed by 3 years probation.
24
    5.    Both parties also requested that the Court impose a sentence of 144 hours in
25
          custody to be followed by 3 years Probation.
26

6. At the sentencing hearing, the Court expressly stated that it was adopting the recommendation of the Probation Officer and the parties and imposed a sentence of 144 hours in custody and three years probation.

7. I have reviewed both the Judgement & Commitment Order and the Minutes filed in this case and noted that both erroneously state that defendant Palace was sentenced to 160 hours in custody of the B.O.P. All other aspects of the sentence are accurately reflected in these documents.

8. I have spoken with Assistant United States Attorney Wendy Thomas, who is assigned to this case and who was present at the sentencing hearing. Ms. Thomas also recalled that the Court imposed a 144 hour sentence and that agreed that both the Minutes and the Judgement & Commitment Order erroneously state the 160 hours in custody.   Ms. Thomas has no objection to the granting of this Motion.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 27th day of June, 2008 in Berkeley, CA.


_____/S/_____
DIANA L. WEISS
Declarant

- 2 -