DIANA L. WEISS (SBN 121150)
Attorney At Law
1563 Solano Avenue Suite 223
Berkeley, CA 94707
dianaweiss@sbcglobal.net
Telephone: (510) 847-1012
Facsimile: (510) 525-1321

Attorney for Defendant
WILLIAM PALACE III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No: CR07-0626MAG |
| ) | |
| Plaintiff, ) | STIPULATION & PROPOSED ORDER |
| ) | TO CORRECT SENTENCE |
| Vs. ) | |
| ) | |
| WILLIAM PALACE III ) | |
| ) | |
| ) | |
| Defendant ) | |

    DIANA L. WEISS, attorney for defendant William Palace III, and AUSA Wendy Thomas, on behalf of the Unites States, do hereby STIPULATE THAT:

    1.    The parties agree that they understood from the Court that Defendant William Palace III was sentenced on June 20, 2008 to the recommended sentence recommended in the PSR of of 144 hours in custody and 3 years probation with special conditions. Later that same day, a Judgement & Commitment Order was electronically filed stating that the sentence imposed was 160 hours.

    2.    Both parties agree that they understood the sentence imposed was 144 hours in custody

    3.    The parties request that this Court issue an Amended Judgement &

Commitment Order to accurately reflect the 144 hour sentence imposed. All other conditions imposed shall remain the same.

SO STIPULATED.

Dated: July 8, 2008                                 ____/S/_____
                                                              DIANA L. WEISS
                                                              Attorney for Defendant
                                                              WILLIAM PALACE III


Dated: July 8, 2008                                 _____/S/_____
                                                              WENDY THOMAS
                                                              Assistant United States Attorney


**ORDER**

Based on the reasons provided in the Stipulation of the parties as set forth above, and good cause appearing, the Court hereby ORDERS that the Judgement & Commitment Order is amended to impose a 144 hour sen4etnce in the custody of the Bureau of Prisons. All other conditions imposed shall remain unchanged.

IT IS SO ORDERED


Dated: July       2008                              _____
                                                              Hon. Nandor Vadas
                                                              United States Magistrate Court Judge

*USA v. William Palace III* CR07-00626NJV
Stipulation & (Proposed) Order              - 2 -