1 | DIANA L. WEISS (SBN 121150)
Attorney At Law
2 | 1563 Solano Avenue Suite 223
Berkeley, CA 94707
3 | dianaweiss@sbcglobal.net
Telephone: (510) 847-1012
4 | Facsimile: (510) 525-1321

5 | Attorney for Defendant
WILLIAM PALACE III

*E-filing*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: CR07-0626NJV |
| Plaintiff, | STIPULATION & PROPOSED ORDER TO CORRECT SENTENCE |
| Vs. | |
| WILLIAM PALACE III | |
| Defendant | |

DIANA L. WEISS, attorney for defendant William Palace III, and AUSA Wendy Thomas, on behalf of the Unites States, do hereby STIPULATE THAT:

1. The parties agree that they understood from the Court that Defendant William Palace III was sentenced on June 20, 2008 to the recommended sentence recommended in the PSR of 144 hours in custody and 3 years probation with special conditions. Later that same day, a Judgement & Commitment Order was electronically filed stating that the sentence imposed was 160 hours.

2. Both parties agree that they understood the sentence imposed was 144 hours in custody

3. The parties request that this Court issue an Amended Judgement &

1 Commitment Order to accurately reflect the 144 hour sentence imposed. All other
2 conditions imposed shall remain the same.

3
4 SO STIPULATED.

5
6 Dated: July 8, 2008

7 DIANA L. WEISS
Attorney for Defendant
WILLIAM PALACE III

8
9
10 Dated: July 8, 2008

11 WENDY THOMAS
Assistant United States Attorney

12
13 **ORDER**

14 Based on the reasons provided in the Stipulation of the parties as set forth above,
15 and good cause appearing, the Court hereby ORDERS that the Judgement & Commitment
16 Order is amended to impose a 144 hour sentence in the custody of the Bureau of Prisons.
17 All other conditions imposed shall remain unchanged.

18
19 IT IS SO ORDERED

20
21 Dated: July _ 2008

22 Hon. Nandor Vadas
United States Magistrate Court Judge

23
24
25
26

*USA v. William Palace III* CR07-00626NJV
Stipulation & (Proposed) Order         - 2 -